```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 16792
    JULIE MARGARET JUSTICE
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
    SSN XXX-XX-1697


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/29/04 and confirmed on 08/19/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  25800.00 .

    4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
FIRST FEDERAL S & L        CURRENT MORTG         .00          .00           .00
AURORA EARTHMOVER CU       SECURED               .00          .00           .00
CHASE MANHATTAN AUTOMOTI   SECURED          16715.52      1440.69      16715.52
ROUNDUP FUNDING LLC        UNSECURED        25137.87          .00       3853.70
ROUNDUP FUNDING LLC        UNSECURED        12838.92          .00       1968.24
ROUNDUP FUNDING LLC        UNSECURED         1688.19          .00        258.80
ECAST SETTLEMENT CORP      UNSECURED         2268.91          .00        347.83
          Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16715.52        .00    41933.89        .00     58649.41
PRINCIPAL PAID      16715.52        .00     6428.57        .00     23144.09
INTEREST PAID        1440.69        .00         .00        .00      1440.69
TOTAL PAID          18156.21        .00     6428.57        .00     24584.78
The Debtor's attorney, RUDDY & VARGA                , was allowed $        .00
and was paid $       .00 .

The Trustee received $   1065.22 .

Refunds to the Debtor totaled $    150.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 16792 JULIE MARGARET JUSTICE
```